FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW T FERGUSON,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, DOUG COLLINS, and ROBERT FISCHER,<br><br>        Defendants. | No. 2:25-CV-00514-RLP<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

Before the Court is Plaintiff Matthew Ferguson's Motion to Voluntarily Dismiss Complaint, ECF No. 8. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** that Mr. Ferguson's Motion, **ECF No. 8**, is **GRANTED**, and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

//

//

//

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE * 1

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal without prejudice, provide copies to Mr. Ferguson, and **close** the file.

DATED February 9, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE * 2