AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 09, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MATTHEW T FERGUSON,<br>*Plaintiff*<br>v.<br>DEPARTMENT OF VETERANS AFFAIRS, DOUG COLLINS, and ROBERT FISCHER<br>*Defendant* | Civil Action No. 2:25-CV-00514-RLP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Mr. Ferguson's Motion, ECF No. 8, is GRANTED, and the Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge REBECCA L. PENNELL

Date: 2/9/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*